IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEAN FREY, aka "Cowboy, PETER HOCHACHKA, and BREANNE TABER,<br><br>Defendants. | CR 12-42-GF-BMM<br><br>ORDER |

The United States has moved to dismiss the indictment pending in this case. IT IS HEREBY ORDERED that the motion to dismiss is GRANTED. The indictment pending against Dean Frey, Aka "Cowboy, Peter Hochachka, and Breanne Taber is dismissed. In addition, the arrest warrants issued on July 12, 2012 are quashed.

Dated this 20th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court